MARY HALL, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. M-10012.) — AULISI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.

JOHN C. HOOD, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 41742.) — Per Curiam.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum Per Curiam. [48 Misc 2d 43.]